IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * Crim. No. RDB-03-0456 |
| RONALD CAMPBELL, III | * |

\* \* \* \* \*

## DECLARATION OF PARESH S. PATEL

I, Paresh S. Patel, affirm under oath that the following is true to the best of my knowledge and belief:

1. I am an Assistant Federal Public Defender at the Office of the Federal Public Defender for the District of Maryland. I am currently representing Mr. Campbell in the above-captioned case.

2. On February 10, 2005, Mr. Campbell pled guilty to one count of using a firearm during and in relation to a "crime of violence" in violation of 18 U.S.C. § 924(c). This Court subsequently sentenced Mr. Campbell to 180 months imprisonment and five years of supervised release. Mr. Campbell was released in August 2017 after being incarcerated for 13 years.

3. However, pending before the Court is Mr. Campbell's motion to vacate his conviction under 28 U.S.C. § 2255 in light of *United States v. Davis*, 139 S. Ct. 2319 (2019) (ECF Nos. 85, 87, 105-1).

4. The parties agree that Mr. Campbell's § 924(c) conviction is invalid and therefore, his current guilty plea should be vacated. The parties further agree that upon vacatur of his § 924(c) conviction, Mr. Campbell will plead guilty to a one-count information charging conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951(a). To that end, Mr. Campbell has signed a new plea agreement in which he agrees to plead guilty to one count of conspiracy to commit Hobbs Act conspiracy in violation of 18 U.S.C. § 1951(a), as will be charged in a superseding information. The parties further stipulate and agree that pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), a sentence of time served and termination of supervised release is the appropriate disposition in this case.

5. Finally, the parties agree that Mr. Campbell's rearraignment and sentencing, which should take place on the same day, can proceed via videoconferencing. Mr. Campbell has informed me that he is willing to participate in the hearing via videoconferencing and waive his presence in the courtroom itself.

DATE: September 8, 2020   SIGNATURE: /s/ Paresh S. Patel